STATE v. GREEN

No. 399P00

Case below: 139 N.C.App. 451

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. GUARINO

No. 285A00

Case below: 138 N.C.App. 328

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 2000.

STATE v. HATCHER

No. 350P00

Case below: Robeson County Superior Court

Motion by pro se defendant to recuse Emergency Judge Jerry Cash Martin denied 28 August 2000.

STATE v. HOLDEN

No. 460A91-3

Case below: Duplin County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Duplin County, denied 5 October 2000.

STATE v. HOLLARS

No. 377P00

Case below: 134 N.C.App. 734

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.